NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNILOC 2017 LLC.,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

---

2022-1031

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00463.

---

## JUDGMENT

---

DONALD LEE JACKSON, Davidson Berquist Jackson & Gowdey, LLP, McLean, VA, argued for appellant. Also represented by JAMES ETHERIDGE, RYAN S. LOVELESS, Etheridge Law Group, Southlake, TX.

SYDNEY KESTLE, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellee. Also represented by ERIKA ARNER; CORY C. BELL, Boston, MA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, HUGHES, and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 12, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court